IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. _____

**SAMUEL LONG**                                                               **PLAINTIFF**

vs.       **NOTICE OF REMOVAL OF CIVIL ACTION NO. 19-CI-00066
FROM HENRY CIRCUIT COURT, HENRY COUNTY, KENTUCKY**
*Electronically Filed*

**WILLIAM W. BARRINGTON,
BRUCE A. WRIGHT, PLANA
TRANSPORTATION, INC. and
PROGRESSIVE CASUALTY INSURANCE COMPANY**       **DEFENDANTS**

\* \* \* \* \*

Comes the Petitioner, Plana Transportation, Inc., [hereinafter "Plana"], by counsel, and files this notice of removal of Civil Action No. 19-CI-00066 from the Circuit Court of Henry County, Kentucky, to the United States District Court for the Eastern District of Kentucky, Frankfort Division, and respectfully shows the Court as follows:

1. Petitioner is a Defendant in a civil action brought against it in the Circuit Court of Henry County, Kentucky, entitled <u>Samuel Long v. William W. Barrington, Bruce A. Wright, Plana Transportation, Inc. and Progressive Casualty Insurance Company</u>, bearing Civil Action No. 19-CI-00066.

2. Copies of all process, pleadings and orders served on or by Petitioner in said action are attached hereto in compliance with 28 U.S.C. § 1446(a) as Exhibit A.

3. Said action was commenced by the filing of a complaint against this Petitioner and Defendants, in the Henry County, Kentucky civil court on or about April 10, 2019. Plana was deemed served on May 1, 2019 via the long-arm statute, wherein the complaint was sent by certified mail to its agent for service of process.

4. The controversy between Plaintiff and Petitioner is a controversy between citizens of different states.

    (a) Plaintiff, Samuel Long, has asserted in the complaint that he is a resident and believed to be citizen of Henry County, Kentucky.

    (b) Petitioner, Plana Transportation, Inc., is incorporated in the state of Illinois with its principle place of business in Streamwood, Illinois.

    (c) Petitioner is the only Defendant currently "properly joined and served" under 28 U.S.C. §1441(b), and since there is diversity between the served Defendant and Plaintiff, Petitioner may rightfully remove this action.

    (d) To the best of Petitioner's knowledge and information, Plaintiff will claim as damages a sum of money exceeding Seventy-Five Thousand and One Dollars ($75,001). Plaintiff has asserted that he has suffered injuries including "mental and physical pain and suffering both of a temporary and permanent nature…the expenditure of sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future…loss of the Plaintiff's ability to lead and enjoy a normal life…lost wages and impairment of his ability to earn income."

        In addition to the claims against this Defendant, Plaintiff has also included Progressive Casualty Insurance Company in the complaint, alleging that William Barrington was "an underinsured motorist" at the time of the accident. Plaintiff has been provided with a copy of the insurance policy for Plana Transportation and know the limits of that policy to be well above $75,001. By virtue of naming his underinsured motorist carrier as a party to the lawsuit when he knows this Defendant's policy limits to be above $75,001, Plaintiff has indicated that the amount in controversy exceeds $75,001.

5. The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. § 1441, *et seq.* (including § 1446(b)) within thirty (30) days after Petitioner's receipt of Plaintiff's complaint, which was Petitioner's first notice of the litigation.

WHEREFORE, Petitioner prays that this notice of removal be filed, that said action being Civil Action No. 19-CI-00066 in the Circuit Court of Henry County, Kentucky, be removed to and proceed in this Court, and that no other further proceedings be had in the Circuit Court of Henry County, Kentucky.

          DANIEL E. MURNER   (No. 82715)
          ELIZABETH WINCHELL  (No. 92088)
          LANDRUM & SHOUSE LLP
          P.O. Box 951
          Lexington, KY 40588-0951
          Telephone: (859) 255-2424

BY:   s/Elizabeth Winchell
       COUNSEL FOR PETITIONER

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing through the CM/ECF system, which will send a notice of electronic filing to:

Danielle Reesor Blandford    (dblandford@forthepeople.com)
MORGAN & MORGAN
420 West Liberty Street, Suite 260
Louisville, KY  40202-3048
*Counsel for Plaintiff*

BY:   s/Elizabeth Winchell
       COUNSEL FOR PETITIONER