AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky ▼

*FILED NOV 03 2021 AT FRANKFORT ROBERT R. CARR CLERK U.S. DISTRICT COURT*

Samuel Long )
*Plaintiff* )
v. ) Civil Action No.  3:19-cv-35-GFVT
William W. Barrington, et al )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Parties entered the Notice of Judgment for Jury Trial on 08/09/21, DN 80, reflecting a judgment in the amount of $680,784.19. Per the agreement of the parties for $10,000.00 set-off of the Basic Reparation Benefits.  By check dated 08/10/21, Plaintiff & Defendants have fully satisfied the Judgment. DN #82.

This action was *(check one)*:

☑ tried by a jury with Judge  Hon. Gregory F. Van Tatenhove  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  11/03/2021

*ROBERT R. CARR,*
*CLERK OF COURT*

*by: Mary Jane Younce, Deputy Clerk* MJY
*Signature of Clerk or Deputy Clerk*